# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

### 7 Southwoods Blvd., Albany, NY 12211

**Andrea E. Celli, Esq.**
**Trustee**
**Bonnie Baker, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments only:
P.O Box 1918
Memphis, TN  38101-1918

March 19, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    04-13239        June G. Bailey

To Whom It May Concern:

Enclosed please find check #**806849** in the amount of $118.71. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds.  The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        7

Account#        434001582

Creditor        Filene's
                PO Box 66955
                St. Louis, MO 63166

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli